Gerald L. Warren, OSB #814146
gwarren@geraldwarrenlaw.com
901 Capitol St. NE
Salem, OR  97301
    Telephone:  (503) 480-7252
    Fax: (503) 779-2716
        Attorney for Defendants City of Sutherlin,
        Michael Mahler, Jay Huskey, Ben Woodward,
        and Joe Felix

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

ERICA L. PRICE,

                                                                    Case No. 10-CV-06181-AA

                                Plaintiff,

    v.                                              **STIPULATED VOLUNTARY
                                                    DISMISSAL**

CITY OF SUTHERLIN, a municipality;
MICHAEL MAHLER, individually; and
JAY HUSKEY, individually;
BEN WOODWARD, individually;
JOHN DOE 1, individually; JOE FELIX,
individually; LEEON ALLER, individually,

                                Defendants.

        Pursuant to Fed R Civ Pro 41(a)(1)(A)(ii), the parties hereby stipulate that this action

may be dismissed with prejudice and without costs to any party.

_____          _____
James D. Vick, OSB #722737                Gerald L. Warren, OSB #814146
Attorney for Plaintiff                    Attorney for Defendants City of Sutherlin,
                                          Mahler, Huskey, Woodward and Felix

Dated: ____10/22/13____                   Dated: ___10/28/13_____

Page 1 – **STIPULATED VOLUNTARY DISMISSAL**